IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 14-cv-01361-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JOSEPH A. ELLSWORTH,

        Applicant,

v.

WARDEN DEBORAH DENHAM,

        Respondent.

---

ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant, Joseph A. Ellsworth, currently is incarcerated at the Federal

Correctional Institution Englewood in Littleton, Colorado.  He submitted *pro se* an

Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1).  As

part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined

that the submitted document is deficient as described in this order.  Applicant will be

directed to cure the following if he wishes to pursue any claims in this court in this

action.  Any papers that Applicant files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __X__   is not submitted
(2)  ___   is missing affidavit
(3)  ___   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)  __X__   is missing certificate showing current balance in prison account
(5)  ___   is missing required financial information

(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or
           habeas application
(9)   X   other:  § 1915 motion and affidavit and certificate showing current balance
           in prison account only are necessary if $5.00 filing fee is not paid in
           advance

**Complaint, Petition or Application**:
(10)  __   is not submitted
(11)  __   is not on proper form
(12)  __   is missing an original signature by the prisoner
(13)  __   is missing page nos. __
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   names in caption do not match names in text
(16)  __   addresses must be provided for all defendants/respondents in "Section A.
           Parties" of complaint, petition or habeas application
(17)  __   other:

Accordingly, it is

ORDERED that Applicant, Joseph A. Ellsworth, cure the deficiencies designated

above **within thirty (30) days from the date of this order**.  Any papers that Applicant

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved form for

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 in a Habeas Corpus Action (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov, and use that form in curing the designated deficiencies.

Alternatively, Applicant may pay the $5.00 filing fee in advance.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the application will be denied and

the action dismissed without further notice.  The dismissal shall be without prejudice.

DATED May 20, 2014, at Denver, Colorado.

                                        BY THE COURT:

                                        s/Boyd N. Boland
                                        United States Magistrate Judge