IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01361-BNB

JOSEPH A. ELLSWORTH,

      Applicant,

v.

WARDEN DEBORAH DENHAM,

      Respondent.

_____

ORDER DRAWING CASE

_____

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that

this case does not appear to be appropriate for summary dismissal. Therefore, the

case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See*

D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable,

to a magistrate judge.

DATED July 31, 2014, at Denver, Colorado.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge